IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,   :
              :
    Plaintiff,     :
              :
   v.       :  CIVIL NO. 25-cv-2200-JPG
              :
$16,000.00 IN UNITED STATES  :
CURRENCY and $2,450.00 IN UNITED :
STATES CURRENCY,    :
              :
    Defendants.   :

## **JUDGMENT AND DECREE FOR FORFEITURE**

Pending before the Court is the Motion for Judgement of Forfeiture filed by the United States of America (Doc. 11).   On December 17, 2025, Plaintiff United States of America filed a Verified Complaint for Forfeiture against Defendants, described as $16,000.00 in United States Currency and $2,450.00 in United States Currency (Doc. 1).   The Complaint alleges that the currency constitutes money furnished or intended to be furnished by a person in exchange for a controlled substance, or proceeds traceable to such an exchange, or money used to facilitate a violation of 21 U.S.C. § 801, *et seq*., and is thus subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6).

Warrants of arrest were issued by the Clerk of Court, and the United States Marshals Service seized the property on January 15, 2026 (Doc. 7).   Notice of this action was sent to known potential claimants Leshoune Buchanan, Sr., Leshoune Buchanan, Jr., and Telia Douglas on January 13, 2026 (Doc. 6).   Notice of this action was also published on an official government website (www.forfeiture.gov) for at least 30 consecutive days, beginning January 11, 2026 (Doc. 8).   On March 18, 2026, the Clerk of Court entered default as to Leshoune Buchanan, Sr., Leshoune Buchanan, Jr., Telia Douglas, and all interested parties (Doc. 10).

Pursuant to Federal Rule of Civil Procedure 55(b), default judgment is hereby entered against Leshoune Buchanan, Sr., Leshoune Buchanan, Jr., Telia Douglas, and all interested parties and in favor of Plaintiff United States of America.   The property, described as $16,000.00 in United States Currency and $2,450.00 in United States Currency is hereby ordered forfeited to the United States of America and no right, title or interest in the property shall exist in any other party. The defendant property shall be disposed of according to law by the United States Marshal.

**IT IS SO ORDERED.**

**DATED:   April 3, 2026**

**J. PHIL GILBERT**
**DISTRICT JUDGE**